MALANI L. KOTCHKA
Nevada Bar No. 283
mlk@hmlawlv.com
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD MOSKOWITZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BEARCOM GROUP, INC., a Texas Corporation; BEAR COMMUNICATIONS, INC., a Texas Corporation,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-02195-RFB-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF AND ORDER**<br><br>(First Request) |

　　　　Plaintiff Howard Moskowitz ("Moskowitz") and defendants BearCom Group, Inc. and Bear Communications, Inc. ("BearCom") (collectively the "parties"), by and through their respective undersigned counsel, hereby stipulate and agree to the following:

　　　　1.　　Moskowitz filed his response to BearCom's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted or Alternatively, for Summary Judgment on February 15, 2016.

　　　　2.　　According to the Clerk, BearCom's reply brief is currently due February 25, 2016.

　　　　3.　　The parties hereby stipulate and agree that BearCom shall have an extension through February 29, 2016, within which to file its reply brief.

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

4. The parties are not requesting this extension for purposes of delay and this is the first extension requested to file the reply brief. BearCom is requesting this extension in order to complete its reply brief.

Submitted this 24th day of February, 2016

| LAW OFFICES OF<br>MICHAEL P. BALABAN | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ Michael P. Balaban<br>Michael P. Balaban (SBN 9370)<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141<br>Tel 702-586-2964<br>Fax 702-586-3023<br>mbalaban@balaban-law.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, Nevada 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

### ORDER

IT IS SO ORDERED.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

Dated: February 29, 2016.

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777