MALANI L. KOTCHKA
Nevada Bar No. 283
mlk@hmlawlv.com
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD MOSKOWITZ,<br><br>                    Plaintiff,<br><br>v.<br><br>BEARCOM GROUP, INC., a Texas Corporation; BEAR COMMUNICATIONS, INC., a Texas Corporation,<br><br>                    Defendants. | Case No.: 2:15-cv-02195-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Howard Moskowitz and defendants BearCom Group, Inc. and Bear Communications, Inc., by and through their undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

DATED this 20th day of May, 2016.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | HEJMANOWSKI & McCREA LLC |
| By: /s/ Michael P. Balaban | By: /s/ Malani Kotchka |
| Michael P. Balaban (SBN 9370)<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141<br>Tel 702-586-2964<br>Fax 702-586-3023<br>mbalaban@balaban-law.com | Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, Nevada 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS, NEVADA 89101
T: 702.834.8777 | F: 702.834.5262
WWW.HMLAWLV.COM

## ORDER

Upon receipt and review of the foregoing stipulation and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

DATED: May 25, 2016

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS, NEVADA 89101
T: 702.834.8777 | F: 702.834.5262
WWW.HMLAWLV.COM

2